# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

CLAYTON M. JACKSON,                                                                                    PLAINTIFF
ADC #654264

v.                                               2:20-cv-00018-JJV

TODD WRIGHT, Sheriff,
Arkansas County Sheriff's Department; *et al.*                                                DEFENDANTS

## MEMORANDUM AND ORDER

On June 26, 2020, Defendant Tucker filed a Motion to Compel (Doc. No. 29), stating he had not received responses to written discovery initially propounded on May 5, 2020. I granted Defendants' Motion to Compel on June 29, 2020 and directed Plaintiff to respond to Defendant's discovery requests within twenty-one (21) days. (Doc. No. 32.)

Defendant Tucker has now filed a Motion to Dismiss (Doc. No. 35) informing the Court that Plaintiff has failed to respond within the allotted time, and requesting this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b)[1] and Local Rule 5.5(c)(2).

Based on the foregoing, I find it appropriate to grant Defendant Tucker's Motion to Dismiss. I specifically directed Plaintiff to respond to Defendant's discovery requests within twenty-one (21) days. (Doc. No. 32 at 2.) In that Order, I also warned Plaintiff that his failure to comply would likely result in dismissal of this cause of action. (*Id.*)

Plaintiff has failed to comply with discovery, the Court's Order, and has failed to respond to the Motion to Dismiss. So, dismissal is appropriate.

---

[1] "If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b).

IT IS, THEREFORE, ORDERED that:

1. Defendant Tucker's Motion to Dismiss (Doc. No. 35) is GRANTED.

2. Defendant Tucker is DISMISSED without prejudice from this cause of action.

3. This cause of action is hereby dismissed without prejudice.

4. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations would not be taken in good faith.

DATED this 12th day of August 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE