# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

| | | |
|---|---|---|
| CLAYTON M. JACKSON, | * | |
| ADC #654264, | * | |
| | * | |
| Plaintiff | * | |
| v. | * | No. 2:20-cv-00018-JJV |
| | * | |
| TODD WRIGHT, Sheriff, | * | |
| Arkansas County Sheriff's Department; *et al*., | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 12th day of August 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE